UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID ATHAN, DARYL JACKSON, COREY PARKER, DENNIS SMITH, AND JOSH FLANNERY[1],** on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES STEEL CORP.**,<br><br>Defendant. | 17-CV-14220-TGB-DRG |

# JUDGMENT

In accordance with the Court's Opinion and Order issued on this date, the Joint Motion to Approve FLSA Settlement (ECF No. 81) is **GRANTED**, with the modification that the Settlement Agreement is filed on the docket in full with the monetary awards redacted (ECF No. 83). The Court also approves the Parties' Settlement Agreement and **DISMISSES WITH PREJUDICE** Plaintiffs' Complaint and this action without any further costs or fees to any party.

---

[1] As the personal representative of the Estate of Robert Flannery. *See* ECF No. 76.

Dated at Detroit, Michigan, this 3rd day of March, 2021.

                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  s/A. Chubb
                                                  Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE